# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| TECHNIFLEX, INC., a Tennessee company doing business as Bancsource, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:10-0323 |
| ALL-STAR CONSULTING, LLC, a Maryland company, | ) ) ) ) | Judge Trauger |
| Defendant. | ) | |

## **O R D E R**

The plaintiff has filed a Motion For Entry of Default (Docket No. 6). It is therefore

**ORDERED** that the initial case management conference scheduled for June 21, 2010 is

**CANCELLED**.

It is so **ORDERED**.

ENTER this 18th day of June 2010.

_____
ALETA A. TRAUGER
U.S. District Judge